JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHROP GRUMMAN HEALTH PLAN, | Case No.  CV10-6683-VBF(RZx) |
| Plaintiff, | **ORDER DISMISSING ACTION, WITH PREJUDICE** |
| vs. | |
| LAI-PING LEE; MICHAEL S. YU, A LAW CORPORATION; and DOES 1 through 20, inclusive, | |
| Defendants. | |

BASED ON THE STIPULATION OF THE PARTIES AND WITH GOOD CAUSE APPEARING THEREFROM:

This action is dismissed, with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(i) and 41(a)(1)(B).  No award of costs or fees is entered as to any party.

Dated: December 22, 2010

_____
Hon. Valerie Baker Fairbank
United States District Judge

1
ORDER DISMISSING CASE